# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRAKASH MOHANTY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVID TECHNOLOGY, INC., LOUIS HERNANDEZ, JR., and ILAN SIDI,<br><br>Defendants. | Case No. 1:16-cv-12336-IT |

## LEAD PLAINTIFF'S UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF SETTLEMENT

Court-appointed Lead Plaintiff David Wayne Hammond ("Lead Plaintiff") hereby moves the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an Order: (1) granting preliminary approval of the proposed Settlement[1] which provides for a recovery of $1,325,000 in cash to resolve this securities class action against Defendants; (2) certifying the Class pursuant to Fed. R. Civ. P. 23(b)(3) for purposes of effectuating the proposed Settlement; (3) directing the Class Members be given notice of the pendency of this Action and the proposed Settlement in substantially the same form and manner set forth in the Stipulation, and the exhibits annexed thereto; (4) setting a hearing date for final approval of the proposed Settlement and related matters; and (5) setting a schedule for various deadlines relevant thereto.

In support of this Motion, Lead Plaintiff relies on the Stipulation, the exhibits annexed thereto, and the Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, submitted herewith, which are incorporated herein in their entirety. A [Proposed] Order Preliminarily Approving Settlement and Providing for Notice is submitted herewith and attached as Exhibit A to the Stipulation.

Respectfully submitted,

DATED: November 30, 2017     JOHNSON FISTEL, LLP
                             MICHAEL I. FISTEL, JR.

                             s/ *Michael I. Fistel, Jr.*
                             MICHAEL I. FISTEL, JR.

                             Murray House
                             40 Powder Springs Street
                             Marietta, GA 30064
                             Telephone: (770) 200-3104
                             Facsimile: (770) 200-3101
                             michaelf@johnsonfistel.com

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated November 30, 2017 (the "Stipulation"). The Stipulation, along with each of its exhibits, is attached hereto as Exhibit 1.

JOHNSON FISTEL, LLP
FRANK J. JOHNSON
600 W Broadway, Suite 1540
San Diego, CA, 92101
Telephone: 619/230-0063
Facsimile: (619) 255-1856
frankj@johnsonfistel.com

*Lead Counsel for Lead Plaintiff*

HUTCHINGS BARSAMIAN MANDELCORN, LLP
THEODORE M. HESS-MAHAN
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

*Liaison Counsel for Lead Plaintiff*

## CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 7.1(a)(2)

I hereby certify that counsel for the parties have conferred in a good faith and attempted to resolve or narrow the issue described in this motion.

                                             s/ *Michael I. Fistel, Jr.*
                                             MICHAEL I. FISTEL, JR.

                                             JOHNSON FISTEL, LLP
                                             Murray House
                                             40 Powder Springs Street
                                             Marietta, GA 30064
                                             Telephone: (770) 200-3104
                                             Facsimile: (770) 200-3101
                                             michaelf@johnsonfistel.com

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 30, 2017.

                                               s/ *Michael I. Fistel, Jr.*
                                             MICHAEL I. FISTEL, JR.

                                             JOHNSON FISTEL, LLP
                                             Murray House
                                             40 Powder Springs Street
                                             Marietta, GA 30064
                                             Telephone: (770) 200-3104
                                             Facsimile: (770) 200-3101
                                             michaelf@johnsonfistel.com