## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PRAKASH MOHANTY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:16-cv-12336-IT |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) ) | |
| AVID TECHNOLOGY, INC., LOUIS HERNANDEZ, JR, and ILAN SIDI, | ) ) ) | |
| Defendants. | ) ) ) | |

**SUMMARY NOTICE**

**EXHIBIT C**

**TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE COMMON STOCK OF AVID TECHNOLOGY, INC. ("AVID" OR THE "COMPANY") DURING THE PERIOD FROM AUGUST 4, 2016 THROUGH NOVEMBER 9, 2016, INCLUSIVE (THE "CLASS")**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the District of Massachusetts, that a hearing will be held on **April 30, 2018, at 2:45 p.m.**, before the Honorable Indira Talwani, United States District Judge, at the United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, to determine whether the proposed Settlement of the Action on the terms and conditions provided for in the Stipulation, and for the principal amount of One Million, Three Hundred and Twenty-Five Thousand United States Dollars ($1,325,000.00) cash, plus interest, is fair, reasonable, and adequate to the Class such that the Class should be finally certified and the Settlement should be approved by the Court; to determine whether a Judgment and Order of Dismissal with Prejudice should be entered, and if so, whether it should be in substantially the form set forth as Exhibit B to the Stipulation; to determine whether the proposed Plan of Allocation should be approved; to determine any amount of fees, costs, and expenses that should be awarded to Lead Counsel; to determine the amount of costs and expenses to be awarded to Lead Plaintiff (including for lost wages); to hear objections to the Stipulation or to the Plan of Allocation or any award of fees, expenses and costs to Lead Counsel and Lead Plaintiff; and to consider such matters as the Court may deem appropriate. The Court may adjourn or continue the Final Approval Hearing or alter its time or date without further notice to Class Members but will not set it earlier than the time and date set forth in this paragraph.

IF YOU PURCHASED OR OTHERWISE ACQUIRED ANY AVID COMMON STOCK DURING THE PERIOD FROM AUGUST 4, 2016 THROUGH NOVEMBER 9, 2016, INCLUSIVE, YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT OF THIS

ACTION, INCLUDING THE RELEASE AND EXTINGUISHMENT OF CLAIMS YOU MAY POSSESS RELATING TO YOUR PURCHASE OR ACQUISITION OF AVID COMMON STOCK DURING THE CLASS PERIOD. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release form, you may obtain copies by writing to *Mohanty v. Avid Technology, Inc. et al.*, Claims Administrator, c/o GCG, P.O. Box 10525, Dublin, OH 43017-4525, or on the internet at www.AvidSecuritiesSettlement.com. If you are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release by mail or online *no later than April 19, 2018*, establishing that you are entitled to recovery. You will be bound by any Judgment rendered in the Action unless you timely and validly request to be excluded, in writing, to *Mohanty v. Avid Technology, Inc. et al.*, Claims Administrator, c/o GCG P.O. Box 10525, Dublin, OH 43017-4525, **postmarked by April 9, 2018.**

Any objection to the Settlement, the Plan of Allocation, or the fee and expense applications must be *received*, not simply postmarked, by one or more of the following recipients *no later than April 9, 2018*:

| COURT | LEAD COUNSEL | DEFENDANTS' COUNSEL |
|---|---|---|
| Clerk of the Court<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS<br>1 Courthouse Way<br>Suite 2300<br>Boston, MA 02210 | Frank J. Johnson<br>JOHNSON FISTEL, LLP<br>600 West Broadway,<br>Suite 1540<br>San Diego, CA 92101 | John D. Donovan, Jr.<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199 |

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** If you have any questions about the Settlement, you may contact Lead Counsel at the addresses listed above.

DATED:    January 12, 2018            BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- 3 -