UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRAKASH MOHANTY, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AVID TECHNOLOGY, INC., LOUIS HERNANDEZ, JR, and ILAN SIDI,<br><br>　　　　　　Defendants. | Case No. 1:16-cv-12336-IT<br><br>CLASS ACTION |

**ORDER AWARDING ATTORNEYS' FEES, APPROVING PAYMENT OF EXPENSES, AND APPROVING A COMPENSATORY AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. §78u-4(A)(4)**

THIS MATTER having come before the Court on April 30, 2018, on <u>Lead Counsel's Motion for an Award of Attorneys' Fees, Payment of Expenses, and an Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4)</u> [#62] ("Fee and Expense Motion"), the Court, having considered all papers filed and proceedings conducted herein, having found the Settlement of this class action (the "Action") to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated November 30, 2017 (the "Stipulation") (Dkt. No. 50-2).

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Class Members who have not timely and validly requested exclusion.

3. The Court hereby awards to Lead Counsel attorneys' fees of 33 1/3% of the Settlement Fund, an amount totaling $441,666.67, as well as litigation expenses totaling $55,542.50, together with the interest earned on both amounts for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. Pursuant to 15 U.S.C. §78u-4(a)(4), the Court hereby approves a compensatory award in the amount of $7,940.90 for Lead Plaintiff David Wayne Hammond. The Court finds that this award is fair and reasonable in light of Lead Plaintiff's significant time commitment on behalf of the Class.

5. The fees and expenses shall be allocated by Lead Counsel in a manner which, in Lead Counsel's good-faith judgment, reflects each such counsel's contribution to the prosecution and settlement of the Action.

6. Awarded attorneys' fees, litigation expenses, and Lead Plaintiff's compensatory award shall immediately be paid to Lead Counsel and Lead Plaintiff subject to the terms, conditions, and obligations of the Stipulation.

IT IS SO ORDERED.

DATED: 5/2/18

*Indira Talwani*
THE HONORABLE INDIRA TALWANI
UNITED STATES DISTRICT JUDGE